RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 02/15/17

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | DOCKET NO. 15-cr-00258-01 |
| VS. | : | JUDGE WALTER |
| STEVEN PAUL MEAUX | : | MAGISTRATE JUDGE KAY |

## ORDER

For the reasons orally assigned in the Report and Recommendation of the Magistrate Judge, [Doc. #106], and in the transcript previously filed herein, [Doc. #102] and having thoroughly reviewed the record, no written objections having been filed, and concurring with the finding of the Magistrate Judge under applicable law:

**IT IS ORDERED** that the **GUILTY PLEA** entered by defendant **STEVEN PAUL MEAUX** on February 14, 2017 before Magistrate Judge Kathleen Kay is **ACCEPTED** by the court, pursuant to the provisions of F.R.Cr.P. 11.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE